USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                    :

JUAN DOMINGUEZ,                       :

                                                    :

                                       Plaintiff,    :
                                                    :             1:24-cv-07119-GHW

                     -against-                     :

                                                    :                  ORDER

DEANDRE S. THOMPSON, *et al.*,           :

                                                    :

                                     Defendants.  :

                                                    :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of Bronx, on September 19, 2024. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than October 3, 2024. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: September 23, 2024
       New York, New York

                                                             _____
                                                                GREGORY H. WOODS
                                                            United States District Judge