Case 1:24-cv-07119-GHW   Document 7   Filed 10/28/24   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN DOMINGUEZ,                                :
                                               :
                         Plaintiff,            :
                                               :           1:24-cv-7119-GHW
             -against-                         :
                                               :           ORDER
DEANDRE S. THOMPSON, *et al.*,                 :
                                               :
                         Defendants.           :
                                               :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated September 23, 2024, Dkt. No. 3, the parties were directed to submit a joint status letter and a proposed case management plan to the Court no later than October 24, 2024. The Court has not received the joint status letter or the proposed case management plan. The parties are directed to comply with the Court's September 23, 2024 order forthwith and in any event no later than October 29, 2024.

SO ORDERED.

Dated: October 28, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge