```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
          :
JUAN DOMINGUEZ,          :
          :
         Plaintiff,  :   1:24-cv-7119-GHW
          :
     -v-          :   <u>ORDER</u>
          :
DEANDRE S. THOMPSON, *et al.*,  :
          :
         Defendants.  :
          :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

By letter dated March 14, 2025, the parties requested an extension of fact discovery. Dkt. No. 13. The Court held a conference on the matter on the record on March 18, 2025. For the reasons discussed on the record at the March 18, 2025 conference, the parties' request is granted. The deadline for the completion of all fact discovery is extended to May 14, 2025. The deadline for the completion of all expert discovery is extended to July 9, 2025. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by May 14, 2025. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by June 11, 2025. The deadline for submission of motions for summary judgment, if any, is extended to August 8, 2025. The status conference scheduled for May 23, 2025 is adjourned to July 18, 2025 at 11:00 a.m. The joint status letter requested in the case management plan and scheduling order entered on November 14, 2024, Dkt. No. 11, is due no later than July 11, 2025. Except as expressly modified by this order, the case management plan entered by the Court on November 14, 2025, Dkt. No. 11,

remains in full force and effect.

    SO ORDERED.

Dated: March 18, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge