**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUAN DOMINGUEZ,

                         Plaintiff,

              -against-

DEANDRE S. THOMPSON, *et al.,*

                      Defendants.
-----------------------------------------------------------------X

**24 Civ. No. 7119 (GS)**

**<ins>VIDEO STATUS</ins>**
**<ins>CONFERENCE ORDER</ins>**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference to discuss the status of this matter on **<ins>Wednesday, January 7, 2026</ins> <ins>at 3:00 p.m.</ins>**  The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.  **Meeting ID: [217 560 176 367 84]  Passcode: [Aq2Zj3d2]**

      **SO ORDERED.**

DATED:     New York, New York
              December 8, 2025

                                 _____
                                 The Honorable Gary Stein
                                 United States Magistrate Judge