**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUAN DOMINGUEZ,

                         Plaintiff,

               -against-

DEANDRE S. THOMPSON, *et al.,*

                      Defendants.
-----------------------------------------------------------------X

**24 Civ. No. 7119 (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      The Court having been advised that the parties have reached a settlement of this matter (Dkt. No. 41), it is ORDERED that all court dates are hereby adjourned, and the above-entitled action is hereby dismissed and discontinued without costs, without prejudice to Plaintiff's right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.  To be clear, any application to reopen must be filed within 30 days of this Order; any application to reopen filed thereafter may be denied solely on that basis.

      The Clerk of Court is respectfully directed to terminate all deadlines and to close this case.

      **SO ORDERED.**

DATED:    New York, New York
           April 7, 2026

                              _____
                              The Honorable Gary Stein
                              United States Magistrate Judge